UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 30 2007 ★

BROOKLYN OFFICE

THE SCO GROUP, INC., a Delaware corporation,

    Plaintiff and Counterclaim-Defendant,

-against-

NOVELL, INC., a Delaware corporation,

    Defendant and Counterclaim-Plaintiff.

Case No. _____

Case No. 2:04cv00139 (pending in U.S. District Court, District of Utah)

MISC 07 -137

ITALIANO, J.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Novell, Inc., a private, non-governmental party, certifies that it does not have a parent corporation, and that no publicly held corporation owns 10% or more of Novell, Inc.'s stock.

Dated: March 30, 2007

Craig B. Whitney (CW 4257)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0012
Telephone: (212) 468-8000

By: _____
    Craig B. Whitney (CW 4257)

Attorneys for Novell, Inc.

ny-745303