UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>-against-<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | Case No. MISC-07-137 (ENV)<br><br>Case No. 2:04cv00139 (pending in U.S. District Court, District of Utah) |

## CERTIFICATE OF SERVICE

I, Kim T. Morrissey, am not a party to the above action and am over 18 years of age, and hereby certify that on the 2nd day of April, 2007, I caused to be served a copy of Notice of Motion to Compel Computer Associates International's Compliance with Subpoena, Novell, Inc.'s Motion to Compel Computer Associates International's Compliance with Subpoena, Declaration of Heather M. Sneddon in Support of Novell, Inc.'s Motion to Compel Computer Associates International's Compliance with Subpoena, Proposed Order Granting Novell, Inc.'s Motion to Compel Computer Associates International's Compliance with Subpoena, and Rule 7.1 Disclosure Statement in the above-captioned action in accordance with the Federal Rules of Civil Procedure and the Eastern District's Local Rules, upon:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

ny-745466 v2

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

Devan V. Padmanabhan
John F. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

_____
Kim T. Morrissey