UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>-against-<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | Case No. MISC-07-137 (ENV)<br><br>Case No. 2:04cv00139 (pending in U.S. District Court, District of Utah) |

## NOTICE OF CONFERENCE WITH THE COURT

TO ALL PARTIES AND THEIR COUNSEL:

Please take notice that the Court has directed counsel for Plaintiff/Counterclaim-Defendant The SCO Group, Inc., counsel for Defendant/Counterclaim-Plaintiff Novell, Inc., and counsel for third-party Computer Associates International, to appear for a telephonic conference with the Court on **Monday, April 9, 2007**, at **3:00 p.m.**, in connection with Novell, Inc.'s Motion to Compel Computer Associates International's Compliance With Subpoena. Per the Court's instructions, counsel for Novell, Inc. will initiate the call.

Dated:    April 4, 2007

MORRISON & FOERSTER LLP

_/s/ Craig B. Whitney_
Craig B. Whitney (CW-4257)
1290 Avenue of the Americas
New York, New York 10104-0012
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Novell, Inc.

ny-745993

## CERTIFICATE OF SERVICE

I, Kim T. Morrissey, hereby certify that on the 4th day of April, 2007, I caused to be served a true and correct copy of the foregoing **NOTICE OF CONFERENCE WITH THE COURT** via electronic mail and first-class U.S. Mail, postage prepaid, in accordance with the Federal Rules of Civil Procedure and the Eastern District's Local Rules, upon the following:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
(*also via e-mail: bhatch@hjdlaw.com*)

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
(*also via e-mail: ssinger@bsfllp.com*)

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504
(*also via e-mail: tnormand@bsfllp.com*)

Devan V. Padmanabhan
John F. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401
(*also via e-mail:
Padmanabhan.devan@dorsey.com*)

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

Counsel for The SCO Group, Inc.

Adam Bernstein
Vice President and Senior Counsel
CA, Inc.
One CA Plaza
Islandia, NY  11749
(*also via e-mail: Adam.Bernstein@ca.com*)

Counsel for Computer Associates International

_____
Kim T. Morrissey

ny-745993