One CA Plaza
Islandia, NY 11749
tel: +1 631 342-2630
fax: +1 631 342-6550
adam.bernstein@ca.com

ADAM BERNSTEIN
V.P. & Senior Counsel



April 5, 2007

**ECF Filing**

Hon. Eric. N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *The SCO Group, Inc. v. Novell, Inc.*
                Case No. Misc. 07-137

Dear Judge Vitaliano:

      Pursuant to the *Notice of Conference With the Court*, issued on April 4, 2007, the Court has directed counsel for (parties) The SCO Group, Inc. and Novell, Inc. and (third-party) Computer Associates, Inc. (now known as "CA, Inc.") to appear for a telephonic conference with the Court on Monday, April 9, 2007, at 3:00 p.m.

      Pursuant to Your Honor's *Individual Motion Practice and Rules*, CA, Inc. hereby requests an adjournment of that conference. As set forth above, the originally scheduled date and time for the conference is Monday, April 9, 2007, at 3:00 p.m. There have been no previous requests for an adjournment of this conference (and therefore no previous requests were granted or denied).

      Counsel for The SCO Group, Inc. and for Novell, Inc. have consented to the adjournment and both have advised of their availability for a telephonic conference with the Court either on Tuesday, April 10, 2007, Wednesday, April 11, 2007, or Friday, April 13, 2007. Counsel for CA, Inc. is available on each of those days as well. A *Stipulated Adjournment* has been filed concurrently herewith.

                                                                  Sincerely,

                                                                  Adam T. Bernstein

cc:    Craig B. Whitney (electronic copy delivered by e-mail)
         Edward J. Normand (electronic copy delivered by e-mail)