UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- )
THE SCO GROUP, INC., a Delaware                )
corporation,                                                          )
                                                                              )
                                                                              )   Case No. Misc. 07-137
    Plaintiff and Counterclaim-Defendant,    )
                                                                              )
    - against –                                                        )
                                                                              )
NOVELL, INC., a Delaware corporation,       )
                                                                              )
    Defendant and Counterclaim-Plaintiff      )
----------------------------------------------------------------)

STIPULATED ADJOURNMENT

Pursuant to the *Individual Motion Practice and Rules of Judge Eric N. Vitaliano*, Plaintiff/Counterclaim-Defendant The SCO Group, Inc., Defendant/Counterclaim-Plaintiff Novell, Inc., and third-party CA, Inc. hereby stipulate to an adjournment of the conference with the Court scheduled for 3:00 p.m. on Monday, April 9, 2007.

**Dated: April 5, 2007**

MORRISON & FOERSTER LLP

_____
Craig B. Whitney (CW-4257)
1290 Avenue of the Americas
New York, NY 10104-0012
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

**Respectfully submitted:**

CA, Inc.

_____
Adam T. Bernstein (AB-0816)
1 CA Plaza
Islandia, NY 11749
Telephone: (631) 342-2630
Facsimile: (631) 342-6550

BOIES, SCHILLER & FLEXNER LLP

_____
Edward J. Normand
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8237
Facsimile: (914) 749-8300